UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

           Plaintiff,

-against-

RIP N DIP, INC, a California corporation, d/b/a
RIPNDIP NEW YORK, and 620 BROADWAY
HOUSING CORP., a New York corporation,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2023
```

22 Civ. 10607 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **July 5, 2023**, the parties shall file a joint letter and proposed case management plan. *See* ECF Nos. 8–9.

    SO ORDERED.

Dated: May 5, 2023
       New York, New York

                                                       ANALISA TORRES
                                            United States District Judge